**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN SMITH, DAMANY BROWNE, JANET ROSS, KELLY MCINTOSH, and MOHAMAD TLAIB, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California Corporation,<br><br>Defendant. | Cased No.: 2:26-cv-04335-JFW-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted, except to the extent that any provision of the stipulation purports to modify the Federal Rules, the Local Rules or Judge**

**Walter or Judge Mircheff's standing orders;** as applicable, such rules control any motion or other application filed.

**IT IS SO ORDERED.**

DATED: 7/23/2026

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE