JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KEVIN SMITH, DAMANY BROWNE, JANET ROSS, KELLY McINTOSH, AND MOHAMAD TLAIB,

Plaintiffs,

v.

TRADER JOE'S COMPANY,

Defendant.

Case No. 2:26-cv-04335-JFW-BFMx

**FINAL JUDGMENT**

Judge John F. Walter
Courtroom: 7A

## FINAL JUDGMENT

Having granted Defendant Trader Joe's Company's ("Defendant") Motion to Dismiss Plaintiffs' First Amended Complaint, **THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES** that:

1. Judgment is hereby entered in favor of Defendant against Plaintiffs Kevin Smith, Damany Browne, Janet Ross, Kelly McIntosh, and Mohamad Tlaib (collectively, "Plaintiffs") on all of Plaintiffs' claims in Plaintiffs' First Amended Complaint.
2. Plaintiffs' First Amended Complaint in the above-captioned action is **DISMISSED without leave to amend**, and this action is **DISMISSED with prejudice** in its entirety.
3. Plaintiffs shall take nothing by way of their First Amended Complaint.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED: September 17, 2026

Hon. John F. Walter
United States District Judge